THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JIMMIE LOVE, Defendant-Appellant.

(No. 56862;

First District (4th Division)—February 21, 1973.

Opinion by MR. PRESIDING JUSTICE BURMAN.

James J. Doherty, Public Defender, of Chicago, (Elliott M. Samuels, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Robin K. Auld, Assistant State's Attorneys, of counsel,) for the People.